IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

DEBORAH PACE,

    Plaintiff,

vs.

ROSS DRESS FOR LESS INC., a foreign profit corporation,

    Case No:

    Defendant.

_____/

## COMPLAINT

Plaintiff, DEBORAH PACE, sues Defendant, ROSS DRESS FOR LESS INC., a foreign profit corporation (hereinafter "ROSS DRESS FOR LESS"), stating:

1. This is a cause of action for damages in excess of $50,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Palm Beach County, Florida.

4. On or about December 08, 2023, Defendant, ROSS DRESS FOR LESS, was the owner and in possession of the premises located at 6308 Lantana Road in Lake Worth Beach, Palm Beach County, Florida.

5. At that time and place, Plaintiff, DEBORAH PACE, was an invitee lawfully on the premises described above.

6. At that time and place, Plaintiff, DEBORAH PACE, was injured when she slipped and fell on a liquid substance that had accumulated on the premises floor.

7. Defendant, ROSS DRESS FOR LESS, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Specifically, Defendant, ROSS DRESS FOR LESS, negligently:

   a. Failed to inspect and maintain the premises floor;

   b. Allowed liquid substance to accumulate on the premises floor;

   c. Allowed liquid substance to remain on the premises floor for an unreasonable length of time;

   d. Allowed a slip hazard and dangerous condition to remain on the premises floor for an unreasonable length of time; and

   e. Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9. Defendant, ROSS DRESS FOR LESS, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, ROSS DRESS FOR LESS, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, ROSS DRESS FOR LESS, Plaintiff, DEBORAH PRICE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment,

and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, DEBORAH PACE, demands judgment for damages against Defendant, ROSS DRESS FOR LESS.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 25th day of November, 2025.

        By: /s/ Paul M. Adams
        **PAUL M. ADAMS**
        Attorney Email: padams@schwedlawfirm.com
        **Eservice Email:  eservice@schwedlawfirm.com**
        Bar Number: 977810
        Attorney for Plaintiff, DEBORAH PACE
        Schwed, Adams & McGinley, P.A.
        7111 Fairway Drive, Suite 105
        Palm Beach Gardens, FL 33418
        Telephone: (561) 694-6079 Main
        Facsimile: (561) 694-6089

NOT A CERTIFIED COPY